UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

YULIESKY COLINA MENA,

      Petitioner,

    v.                                Case No.:  2:26-cv-01712-SPC-NPM

WARDEN, FLORIDA SOFT SIDE
SOUTH,

      Respondent,

_____/

## OPINION AND ORDER

Before the Court are petitioner Yuliesky Colina Mena's Petition for Writ of Habeas Corpus (Doc. 1) and the government's response (Doc. 12).

Colina Mena is a native and citizen of Cuba.  On December 1, 2025, Immigration and Customs Enforcement ("ICE") took Colina Mena into custody and served him a notice of expedited removal.  On May 13, 2026, Colina Mena constructively filed a habeas petition, challenging the legality of his prolonged detention without a bond hearing.  ICE removed Colina Mena from the United States on May 21, 2026.  The Eleventh Circuit has held that a challenge to immigration detention becomes moot if the petitioner is subsequently deported.  *Salmeron-Salmeron v. Spivey*, 926 F.3d 1283, 1290 (11th Cir. 2019).  Accordingly, this action is **DISMISSED as moot**.  The Clerk is **DIRECTED** to terminate any pending motions and deadlines, enter judgment, and close this case.

**DONE AND ORDERED** in Fort Myers, Florida on May 29, 2026.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

SA: FTMP-1